*E-Filed 2/13/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY C. HARRISON, | No. C 13-3300 RS (PR) |
| Plaintiffs, | **ORDER EXTENDING TIME** |
| v. | |
| STEVE FREITAS, et al., | |
| Defendants. | |

Defendants' motion to extend time to file a dispositive motion, or notice regarding such motion (Docket No. 17), is GRANTED.  Such motion or notice shall be filed on or before April 21, 2014.  This order terminates Docket No. 17.

**IT IS SO ORDERED**.

DATED: February 13, 2014

RICHARD SEEBORG
United States District Judge