*E-Filed 3/17/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY C. HARRISON, | No. C 13-3300 RS (PR) |
| Plaintiffs, | **ORDER VACATING BRIEFING SCHEDULE** |
| v. | |
| STEVE FREITAS, et al., | |
| Defendants. | |

Mail sent by the Court to plaintiff was returned as undeliverable on March 12, 2014. The action will be dismissed on May 12, 2014 because plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b). The briefing schedule set forth in the order of service (Docket No. 5) is VACATED and the parties are relieved of the burdens imposed by that schedule. A new briefing schedule will be set if plaintiff contacts the Court before the dismissal date of May 12, 2014.

**IT IS SO ORDERED**.

DATED: March 17, 2014

_____
RICHARD SEEBORG
United States District Judge