*E-Filed 5/20/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY C. HARRISON, | No. C 13-3300 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SHERIFF STEVE FREHAR, et al., | |
| Defendants. | |

Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago. Accordingly, the action is hereby DISMISSED with prejudice because plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b). Pursuant to Rule 41(b), this dismissal operates as a judgment on the merits. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: May 20, 2014

RICHARD SEEBORG
United States District Judge